BEFORE THE SECOND DIVISION, JANUARY 22, 1940

**No. 43058.**—Protest 991227–G of Lord & Taylor (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of illuminating articles similar to those passed upon in Abstract 41299. The claim at 60 percent under paragraph 218 (c) was therefore sustained.

**No. 43059.**—Protest 997914–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 30367 the soap boxes in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43060.**—Protest 988417–G of F. W. Woolworth Co. (Boston).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge table pencil holders plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

BEFORE THE THIRD DIVISION, JANUARY 22, 1940

**No. 43061.**—Protest 983167–G of Samuel Shapiro & Co., Inc. (Baltimore).

Opinion by CLINE, J. There was no appearance on behalf of the plaintiff when this case was called for trial. On the record presented the protest was overruled.

**No. 43062.**—Protest 958456–G of A. Cohen & Sons Corp. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claims made. On the record presented it was overruled.

**No. 43063.**—Protests 999355–G, etc., of I. F. L. Corp. et al. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protests were overruled.

**No. 43064.**—Protests 638358–G, etc., of Hutzler Bros. Co. et al. (Baltimore, etc.).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Abstract 15400 the court dismissed the protests.